## RETURN OF SERVICE

Service of the Summons and complaint was made by me(1)  
DATE: 7-19-17

NAME OF SERVER *(PRINT)*: JOHN E GROFF SR  
TITLE: PROCESS SERVER

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: City of Millville County Clerks Office 12th S. High St Millville NJ 08332

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☐ Name of person with whom the summons and complaint were left: Peggy A. Huff

☐ Returned unexecuted: Peggy A. Huff Registrar of VS

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 7-19-17  
Date

Signature of Server: John E Groff

Address of Server: 1721 49th St Pennsauken NJ 08332