EXHIBIT "A"

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Kenneth Harden,<br><br>Plaintiff<br><br>vs.<br><br>The City of Millville, Chief Jody Farabella, individually and his official capacity, Officer Jeffrey Proffit, and John Doe Police Officers 1-10, individually and in their official capacities,<br><br>Defendants | CIVIL ACTION<br><br>Civil Action No.: 1:17-cv-05127<br><br>**APPLICATION /PETITION FOR ADMISSION PRO HAC VICE** |

## APPLICATION /PETITION FOR ADMISSION PRO HAC VICE

Conrad J, Benedetto, of full age, hereby certifies as follows:

1.      I am a member of the law firm, The Law Office of Conrad J. Benedetto, 1615 South Broad Street, Philadelphia, Pennsylvania 19148.  I am admitted to practice before the Courts of the State of New Jersey and the United States District Court for the District of New Jersey.  I am a member of good standing of both bars, and I am not under suspension or disbarment by these courts or by any other court or jurisdiction.  I am counsel of record, and will continue to be counsel of record for the Plaintiff Kenneth Harden, in the above-captioned matter.

2.      I submit this Certification in support of the application by Plaintiff Kenneth Harden, for admission *pro hac vice* of Keith Altman Esq., Excolo Law, PLLC. Located at , 26700 Lahser Road, Southfield, Michigan., to appear in this action as co-counsel for Plaintiffs.

3.     Pursuant to Local Civil Rule 101.1, I understand that all pleadings, briefs, stipulations, and other papers filed with the Court shall be signed by me.  Further, I agree to promptly notify the attorney admitted *pro hac vice* of the receipt of all notices, orders and pleadings.

4.     Pursuant to Local Civil Rule 101.1, I understand that I shall be held responsible for the conduct of the case and shall be present before the Court during all phases of these proceedings unless expressly excused by the Court, as well as be held responsible for the conduct of the attorney admitted *pro hac vice*.

5.     On behalf of Kenneth Harden, I respectfully request that the Court grant the application to have Keith Altman Esq., admitted *pro hac vice* to appear and participate in this matter pursuant to Local Civil Rule 101.1(c).

I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: August 4, 2017                          Conrad J. Benedetto, Esquire