# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Kenneth Harden,<br><br>　　　　　Plaintiff<br><br>　　vs.<br><br>The City of Millville, Chief Jody Farabella, individually and his official capacity, Officer Jeffrey Proffit, and John Doe Police Officers 1-10, individually and in their official capacities,<br><br>　　　　　Defendants | CIVIL ACTION<br><br>Civil Action No.: 1:17-cv-05127<br><br>**ORDER FOR ADMISSION<br>PRO HAC VICE** |

## ORDER FOR ADMISSION PRO HAC VICE

This matter having been brought before the Court on application for an Order For Admission *Pro Hac Vice*; and the Court having reviewed the moving papers of the applicant, out-of-state attorney, and considered this matter pursuant to Fed.R.Civ.Proc.78, and D.N.J.L.Civ.R. 101.1, and good cause having been shown; it is

**ORDERED** that Keith Altman, Esquire, be permitted to appear *pro hac vice*; provided that pursuant to D.N.J.L.Civ.R. 101.1(4), an appearance as counsel of record shall be filed promptly by a member of the bar of this Court upon whom all notices, orders and pleadings may be served, and who shall promptly notify the out-of-state attorney of their receipt. Only an attorney at law of this Court may file papers, enter appearances for parties, sign stipulations, or sign and receive payments on judgments, decrees or orders, and it is further

**ORDERED** that the applicant shall arrange with the New Jersey Lawyers' Fund for Client Protection for payment of the annual fee, for this year and for any year in which the out-of-state attorney continues to represent a client in a matter pending in this Court in accordance with New Jersey Court Rule 1:28-2 and D.N.J. L.Civ.R. 101.1, said fee to be deposited within 21 days of the date of the entry of this Order, and it is further

**ORDERED** that the $150.00 fee required by D.N.J.L. Civ. R. 101(c)(3) for *pro hac vice* admission to the District Court for the District of New Jersey shall also be payable within 21 days of entry of this Order. Payment in the form of a check must be payable to "Clerk, USDC," and it is further

**ORDERED** that the applicant shall be bound by the Local Rules of the United States District Court for the District of New Jersey.

_____