# EXHIBIT "B"

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Kenneth Harden,<br><br>Plaintiff<br><br>vs.<br><br>The City of Millville, Chief Jody Farabella, individually and his official capacity, Officer Jeffrey Proffit, and John Doe Police Officers 1-10, individually and in their official capacities,<br><br>Defendants | CIVIL ACTION<br><br>Civil Action No.: 1:17-cv-05127<br><br>MOTION FOR THE PRO HAC VICE ADMISSION OF<br>SOLOMON M. RADNER, ESQUIRE |

Solomon M. Radner, of full age, hereby certifies as follows:

1. I am an Associate of Excolo Law, PLLC. Located at, 26700 Lahser Road, Suite 401, Southfield, Michigan 48033. I submit this Certification in support of the application by Plaintiff Kenneth Harden, for admission *pro hac vice* of myself, Solomon M. Radner, as co-counsel for Plaintiffs.

2. I am a member in good standing of the following bars: (1) Michigan (2010)

3. The names and addresses of the officials or offices maintaining the roll of such members of the bars listed above are as follows:

**Michigan**

State Bar of Michigan
Membership Department
306 Townsend Street
Lansing, MI 48933-2012
(517) 346-6300
(800) 968-1442

4. There are no disciplinary proceedings pending against me in any jurisdiction, nor has any discipline previously been imposed against me within the past five years;

5. Pursuant to Local Civil Rule 101.1, I understand that I am required to promptly advise the Court of the disposition of any pending disciplinary charges, or the institution of new disciplinary proceedings; and

6. I understand that I shall be bound by the Local Rules, and within the disciplinary jurisdiction of this Court throughout the period of admission *pro hac vice*.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Solomon M. Radner

Dated: August 9, 2017

Subscribed and sworn to before me on
This 9th day of August, 2017.

Kathryn Tountas, Notary Public

KATHRYN TOUNTAS
Notary Public - State of Michigan
County of Oakland
My Commission Expires Nov 5, 2022
Acting in the County of Oakland