# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Kenneth Harden,<br><br>　　　　　Plaintiff<br><br>　　vs.<br><br>The City of Millville, Chief Jody Farabella, individually and his official capacity, Officer Jeffrey Proffit, and John Doe Police Officers 1-10, individually and in their official capacities,<br><br>　　　　　Defendants | CIVIL ACTION<br><br>Civil Action No.: 1:17-cv-05127<br><br>**ENTRY OF APPEARANCE OF MELISSA Y. HOFFMAN, ESQUIRE** |

**ENTRY OF APPEARANCE**

　　Please enter the appearance of Melissa Y. Hoffman, Esquire of the Law Offices of Conrad J. Benedetto as Co-Counsel attorney for the Plaintiff in the above entitled cause of action.

　　　　　　　　　　　　　　　　**LAW OFFICES OF CONRAD J. BENEDETTO**

　　　　　　　　　　　　　　　　*Melissa Y. Hoffman* /s/
　　　　　　　　　　　　　　　　Melissa Y. Hoffman, Esquire
　　　　　　　　　　　　　　　　Attorney for the Plaintiff

Dated: 8-16-17