# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Kenneth Harden,<br><br>  Plaintiff<br><br>vs.<br><br>The City of Millville, Chief Jody Farabella, individually and his official capacity, Officer Jeffrey Proffit, and John Doe Police Officers 1-10, individually and in their official capacities,<br><br>  Defendants | CIVIL ACTION<br><br>Civil Action No.: 1:17-cv-05127<br><br>**CERTIFICATION OF COUNSEL IN SUPPORT OF PRO HAC VICE ADMISSION OF**<br>**KEITH ALTMAN, ESQUIRE** |

Keith Altman, of full age, hereby certifies as follows:

1. I am an Associate of Excolo Law, PLLC. Located at , 26700 Lahser Road, Southfield, Michigan. I submit this further Certification in support of the application by Plaintiff Kenneth Harden, for admission *pro hac vice* of myself, Keith Altman, as co-counsel for Plaintiffs.

2. A question was raised by the Court as to whether I was ineligible for admission *pro hac vice* in New Jersey. I am the person who was identified on the ineligible list published by the New Jersey Client Security Fund. I was not involved in a case in New Jersey in 2016 and had neglected to report this to the New Jersey Client Security Fund.

3. Yesterday, September 6, 2017, I called the Client Security Fund and straightened out the issue. I am no longer ineligible for *pro hac vice* admission. Attached to this certification is a true and correct copy of the receipt I received from the Client Security Fund.

I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

_____
Keith Altman

Dated: September 7, 2017