| | |
|---|---|
| **From:** | NJ Lawyers" Fund |
| **To:** | KALTMAN@LAWAMPMMT.COM |
| **Subject:** | 2017 Receipt for Fee |
| **Date:** | Wednesday, September 6, 2017 11:21:14 AM |

Internet Billing Receipt

This e-mail confirms receipt of your response to the 2017 annual assessment as required by Rule 1:28 to the New Jersey Lawyers' Fund for Client Protection, Rule 1:20 to the Disciplinary Oversight Committee, Rule 1:28B to the New Jersey Lawyers Assistance Program, and Rule 1:42 to the Board on Continuing Legal Education.

Attorney ID:  PHV023265
Name:  KEITH  ALTMAN
Date:  Sep 6, 2017

Please make note of your User ID and Password. You can use them to access the Attorney Registration Center at any time, and you will need them again at this time next year.  You should update your registration information, including your e-mail address, as changes occur.  If you should no longer qualify for the exemption,  please access the Payment Center to change your status to active by paying the fee for the current year and updating your registration information.