# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Kenneth Harden,<br><br>　　　　Plaintiff<br><br>　　vs.<br><br>The City of Millville, Chief Jody Farabella, individually and his official capacity, Officer Jeffrey Proffit, and John Doe Police Officers 1-10, individually and in their official capacities,<br><br>　　　　Defendants | CIVIL ACTION<br><br>Civil Action No.: 1:17-cv-05127<br><br>**ENTRY OF APPEARANCE OF KEITH ALTMAN, ESQUIRE** |

## ENTRY OF APPEARANCE OF
## KEITH ALTMAN, ESQUIRE AS CO-COUNSEL

Kindly enter the Appearance of Keith Altman, Esquire as Co-Counsel on behalf of the

Plaintiff, Kenneth Harden.

　　　　　　　　　　　　　　　　　　EXCOLO LAW, PLLC.
　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff, Kenneth Harden*

Dated: September 8, 2017　　　　　*Keith Altman* /s/
　　　　　　　　　　　　　　　　　　Keith Altman, Esquire
　　　　　　　　　　　　　　　　　　Attorney ID No.: KA7314
　　　　　　　　　　　　　　　　　　Excolo Law, PLLC.
　　　　　　　　　　　　　　　　　　26700 Lahser Road, Suite 401
　　　　　　　　　　　　　　　　　　Southfield, MI 48033
　　　　　　　　　　　　　　　　　　Direct: 248-291-9719
　　　　　　　　　　　　　　　　　　Fax: 866-571-1020
　　　　　　　　　　　　　　　　　　Email: SRadner@ExcoloLaw.com