UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| KENNETH HARDEN<br><br>Plaintiff(s),<br><br>v.<br><br>The City of Millville, Chief Jody Farabella, individually and his official capacity, Officer Jeffrey Proffit, and John Doe Police Officers 1-10, individually and in their official capacities<br><br>Defendant(s). | CIVIL ACTION<br><br>No.: 1:17-cv-05127-NLH-KMW<br><br>**SUBSTITUTION OF ATTORNEY** |

The undersigned hereby consent to the substitution of Patrick J. Madden, Esquire of the Law Firm of Madden & Madden as attorney for the defendant, Jeffrey Proffit, in the above entitled cause.

MADDEN & MADDEN, P.A.

By: _____
Patrick J. Madden, Esquire
Superseding Attorney(s)

DATED:

REYNOLDS & HORN, PC

By: _____
Thomas B. Reynolds, Esquire
Withdrawing Attorney(s)

DATED: 9/11/17

LAW OFFICES
MADDEN & MADDEN
A PROFESSIONAL CORPORATION
SUITE 200
108 KINGS HIGHWAY EAST
P.O. BOX 210
HADDONFIELD, NEW JERSEY 08033-0389