LAW OFFICES
# MADDEN & MADDEN, P.A.
A PROFESSIONAL CORPORATION
SUITE 200
108 KINGS HIGHWAY EAST
P.O. BOX 210
HADDONFIELD, NEW JERSEY 08033-0389

ELECTRONIC LETTERHEAD
Patrick J. Madden
Internet Address:
pjm@maddenmadden.com

TELEPHONE
(856) 428-9520
FAX (856) 428-7335

SEPTEMBER 19, 2017

<u>VIA ECF</u>
Hon. Karen M. Williams, U.S. Magistrate Judge
United States District Court, District of New Jersey Camden
Mitchell H. Cohen U.S. Courthouse
Room 2040
4th & Cooper Sts.
Camden, NJ 08101

  RE: Kenneth Harden v. City of Millville, et al.
     No.:  1:17-cv-05127-NLH-KMW

Dear Williams:

 In light of the pending motion to stay discovery, I would respectfully request that the initial status conference in this matter scheduled for September 21, 2017 be adjourned, until there is a disposition on the aforesaid motion.

 Counsel for the City of Millville concurs with this request.

 I thank the Court for its courtesies herein.

       Very truly yours,

       MADDEN & MADDEN, P.A.

       /s/ Patrick J. Madden

       Patrick J. Madden, Esquire

PJM:da

cc: Conrad J. Benedetto, Esquire – via ECF
  Thomas B. Reynolds, Esquire – via ECF
  David DeWeese, Esquire – via email
  Susan Mooney (Qual-Lynx 2018108250) – via email