# REYNOLDS & HORN, P.C.
ATTORNEYS AT LAW
*A PROFESSIONAL CORPORATION*

*WWW.REYNOLDSHORNLAW.COM*

750 ROUTE 73 SOUTH
SUITE 202A
MARLTON, NEW JERSEY 08053
TELEPHONE (856) 988-7955, FAX (856) 988-1109



THOMAS B. REYNOLDS † ◊ *
treynolds@reynoldshornlaw.com

STEVEN M. HORN †
noappeal@comcast.net

† CERTIFIED BY THE SUPREME COURT OF NEW JERSEY AS A CIVIL TRIAL ATTORNEY

* MEMBER OF PENNSYLVANIA BAR
◊ MEMBER OF FLORIDA BAR

December 27, 2017

Hon. Noel L. Hillman, U.S.D.J.
United States District Court, District of New Jersey Camden
Mitchell H. Cohen U.S. Courthouse
Room 6030
1 John F. Gerry Plaza, 4th & Cooper Sts.
Camden, NJ 08101

      RE:    Harden, Kenneth v. City of Millville, et als.
               U.S. Dist. Ct. Civil No. 1:17-cv-05127-NLH-KMW

Dear Judge Hillman:

    Please accept this letter in lieu of a more formal brief in reply to plaintiff's opposition to defendants' motion to dismiss the complaint with prejudice.

    Plaintiff does not dispute that the arrest was on June 15, 2015. Plaintiff accurately recites the law in the first paragraph of his legal argument. The statute of limitations for section 1983 claims is two years from the date of accrual. The date of accrual for the claims plead in the original complaint and the amended complaints is June 15, 2015.

    Plaintiff alleges violations of his constitutional rights based on false arrest, false imprisonment and excessive force.  These claims all accrue at the time of the arrest which was June 15, 2015.  The complaint was filed on July 13, 2017, approximately one month after the statute of limitations tolled. The complaint must be dismissed with prejudice.

                                       Respectfully Submitted,

                                       THOMAS B. REYNOLDS

TBR:aag