**REYNOLDS & HORN, P.C.**
750 Route 73 South, Suite 202 A
Marlton, New Jersey 08053
(856) 988-7955
Attorney for Defendants, City of Millville, Chief Jody Farabella
TBR 019311982

| | |
|---|---|
| KENNETH HARDEN<br><br>Plaintiff,<br><br>vs.<br><br>THE CITY OF MILLVILLE, CHIEF JODY FARABELLA, OFFICER JEFFREY PROFFIT, ET ALS.<br><br>Defendant | UNITED STATES DISTRICT COURT<br>DISTRICT COURT OF NEW JERSEY,<br>CAMDEN VICINAGE<br><br>CIVIL NO. 1:17-CV-05127-NLH-KMW<br><br><br>**CERTIFICATION OF SERVICE** |

I, Thomas B. Reynolds, Esq., hereby certify that the within Brief in reply to plaintiff's opposition have been electronically filed with the U.S. District Court, District of New Jersey, Camden Vicinage and simultaneously have served copies of same on Counsel for all parties by ECF.

REYNOLDS & HORN, P.C.

_____
Thomas B. Reynolds, Esquire
Attorneys for Defendants, City of Millville and
Chief Jody Farabella

DATED: 12/28/17