```
              UNITED STATES DISTRICT COURT
                 DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| KENNETH HARDEN, | No. 1:17-cv-5127 (NLH/KMW) |
| Plaintiff, | **ORDER** |
| v. | |
| THE CITY OF MILLVILLE, CHIEF JODY FARABELLA, individually and in his official capacity, OFFICER JEFFREY PROFFIT, | |
| Defendants. | |

**HILLMAN**, District Judge

For the reasons expressed in the Court's Opinion filed today,

IT IS on this   8th   day of        May        , 2018

**ORDERED** that Defendants the City of Millville and Chief Jody Farabella's Motion to Dismiss [25] is **GRANTED**.

At Camden, New Jersey

s/ Noel L. Hillman
NOEL L. HILLMAN, U.S.D.J.