UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| KENNETH HARDEN,<br><br>        Plaintiff,<br><br>   v.<br><br>THE CITY OF MILLVILLE, CHIEF JODY FARABELLA, individually and in his official capacity, OFFICER JEFFREY PROFFIT,<br><br>        Defendants. | No. 1:17-cv-5127 (NLH/KMW)<br><br>**ORDER TO SHOW CAUSE** |

**HILLMAN**, District Judge

    WHEREAS Plaintiff filed a Second Amended Complaint in this matter on July 18, 2017; and

    WHEREAS all Defendants answered on August 10, 2017, specifically asserting a statute of limitations defense; and

    WHEREAS Defendants the City of Millville and Chief Jody Farabella filed a Motion to Dismiss on October 12, 2017; and

    WHEREAS it appears Defendant Officer Jeffrey Proffit did not join in that motion and further did not file a separate Motion to Dismiss; and

    WHEREAS the Court's Order filed today granted the October 12, 2017 Motion to Dismiss; and

    WHEREAS the Court's accompanying Opinion filed today found the statute of limitations barred all of Plaintiff's claims; and

    WHEREAS the Court sees no reason why the same conclusion

should not be reached as to the claims against Defendant Officer Jeffrey Proffit; and

 THEREFORE

 IT IS on this   8th   day of        May        , 2018,

 **ORDERED** that Plaintiff is to show cause within fifteen days of this Order why the claims against Proffit should not also be dismissed as barred by the statute of limitations in light of the Court's Opinion and Order filed today.

|  |  |
|---|---|
| At Camden, New Jersey | s/ Noel L. Hillman<br>NOEL L. HILLMAN, U.S.D.J. |