LAW OFFICES
# Madden & Madden
A Professional Corporation
108 KINGS HIGHWAY EAST, SUITE 200
P.O. BOX 210
HADDONFIELD, NEW JERSEY 08033-0389
TELEPHONE 856-428-9520 | FACSIMILE 856-428-7335
WWW.MADDENMADDEN.COM

MICHAEL P. MADDEN ■
PATRICK J. MADDEN†
JOHN-PAUL MADDEN*
MATTHEW P. MADDEN*
MICHAEL V. MADDEN*
TIMOTHY R. BIEG*
REGINA M. PHILIPPS*
MARK W. STRASLE*

JAMES J. MADDEN
Of Counsel

■ RULE 1:40 QUALIFIED MEDIATOR
† CERTIFIED BY THE SUPREME COURT
  OF NEW JERSEY AS A CIVIL TRIAL ATTORNEY
* MEMBER OF NJ AND PA BAR

May 9, 2018

<u>Via ECF</u>
Honorable Noel L. Hillman
United States District Court, District of New Jersey Camden
Mitchell H. Cohen U.S. Courthouse
1 John F. Gerry Plaza, 4th & Cooper Sts., Room 6030
Camden, NJ 08101

      RE:    Kenneth Harden v. City of Millville, et al.
               No.: 1:17-cv-05127-NLH-KMW

Dear Judge Hillman:

      As the Court's docket will reflect, the undersigned serves as counsel of record for the Defendant, Officer Jeffrey Proffit. By Opinion of May 8, 2018 (Docket Item 32) the Court granted the motion to dismiss filed on behalf of the Defendant, City of Millville, and Jody Farabella, finding that Plaintiff's claims were barred by the statute of limitations.

      As to Defendant Proffit, who had requested a stay of those claims asserted against him as a result of a pending criminal matter, the Court stated that in "light of the disposition of the current motion the Court will issue an Order to Show Cause as to why this matter should not be dismissed as to Defendant Proffit as well." (Ibid., p.4 n.2)

      I concur that this matter should be dismissed as to the Defendant Proffit. Plaintiff's failure to file a complaint within the statute of limitations should operate as a bar to Plaintiff's pursuit of any claims arising from the incident identified in his complaint against any individual or entity, including Defendant Proffit.

      I thank the Court for its courtesies herein.

                                          Respectfully submitted,

                                          MADDEN & MADDEN, P.A.

                                          */s/ Patrick J. Madden*

                                          Patrick J. Madden

PJM:da

cc:   Conrad J. Benedetto, Esquire – via ECF
　　　Thomas B. Reynolds, Esquire – via ECF
　　　David DeWeese, Esquire – via email
　　　Susan Mooney (Qual-Lynx 2018108250) – via email