```
                UNITED STATES DISTRICT COURT
                   DISTRICT OF NEW JERSEY
```

 KENNETH HARDEN,                     No. 1:17-cv-5127 (NLH/KMW)

         Plaintiff,                  **ORDER**

     v.

 THE CITY OF MILLVILLE, CHIEF
 JODY FARABELLA, individually
 and in his official capacity,
 OFFICER JEFFREY PROFFIT,

         Defendants.

**HILLMAN**, District Judge

   WHEREAS Plaintiff filed a Second Amended Complaint in this matter on July 18, 2017; and

   WHEREAS all Defendants answered on August 10, 2017, specifically asserting a statute of limitations defense; and

   WHEREAS Defendants the City of Millville and Chief Jody Farabella filed a Motion to Dismiss on October 12, 2017; and

   WHEREAS it appears Defendant Officer Jeffrey Proffit did not join in that motion and further did not file a separate Motion to Dismiss; and

   WHEREAS the Court's Order filed on May 8, 2018 granted the October 12, 2017 Motion to Dismiss; and

   WHEREAS the Court's accompanying May 8, 2018 Opinion found the statute of limitations barred all of Plaintiff's claims; and

   WHEREAS the Court entered a May 8, 2018 Order to Show

Cause, stating the Court saw no reason why the same conclusion should not be reached as to the claims against Defendant Officer Jeffrey Proffit; and

WHEREAS Plaintiff was given fifteen days from the May 8, 2018 Order to Show Cause to explain why the claims against Proffit should not also be dismissed as barred by the statute of limitations in light of the Court's May 8, 2018 Opinion and Order; and

WHEREAS Proffit filed a May 9, 2018 letter "concur[ring] that this matter should be dismissed as to the Defendant Proffit"; and

WHEREAS the Court's fifteen-day opportunity for Plaintiff to respond expired on May 23, 2018; and

WHEREAS, as of the signing of this Order, Plaintiff has not responded to the Court's May 8, 2018 Order to Show Cause; and

THEREFORE

IT IS on this   30th   day of       May      , 2018,

**ORDERED** that the claims against Defendant Proffit are hereby **DISMISSED** for the reasons set forth in the Court's May 8, 2018 Opinion and Order to Show Cause; and it is further

**ORDERED** that the Clerk of the Court is to mark this case **CLOSED**.

At Camden, New Jersey

s/ Noel L. Hillman
NOEL L. HILLMAN, U.S.D.J.

2